I concur specially. In my opinion, the bylaw amendments permitting the majority shareholder to assume the functions of the board of directors when there is a director *Page 589 
deadlock, is invalid. It violates the basic principle of corporate law codified in Ala. Code 1975, § 10-2A-57, part of the Alabama Business Corporation Act, that the board of directors manages the business and affairs of the corporation. Alabama Code 1975, § 10-2A-195(a)(1)a., does not validate the disputed bylaw. The purpose of this statutory provision was to expand the dissolution jurisdiction of equity courts, rather than to expand the powers of shareholders. Fulton v. Callahan,621 So.2d 1235, 1252 (Ala. 1993).
MADDOX, J., concurs.